| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>ANTHONY A. FRIEDMAN (SBN 201955)<br>aaf@lnbyg.com<br>LEVENE, NEALE, BENDER,<br>      YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br><br><br>*Attorney for  Plaintiff John P. Pringle, Ch 7 Trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 24 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez  DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – *LOS ANGELES* DIVISION**

| In re:<br><br>VANTAGE STEEL INTERNATIONAL, INC.,<br><br>                                        Debtor(s). | CASE NO.: 2:22-bk-10748-WB<br>CHAPTER:  7<br>ADVERSARY NO.:  2:24-ap-01033 WB |
|---|---|
| JOHN P. PRINGLE, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF VANTAGE STEEL INTERNATIONAL, INC.,<br><br>                                    Plaintiff(s),<br>vs.<br>VULCAN STEEL, INC.,<br><br>                                    Defendant. | **FURTHER AMENDED ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☐ **EXHIBIT ATTACHED**<br><br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |

Based upon the declaration of Anthony A. Friedman filed on July 18, 2025 [Adversary Docket No. 34], this *Adversary proceeding titled John P. Pringle, Chapter 7 Trustee v.Vulcan Steel, Inc., Case No. 2:24-ap-01033-WB*
       (Adversary proceeding/name of dispute in main case)
is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

| Mediator: | Alternate mediator: |
|---|---|
| Michael B. Lubic<br>Name | _____<br>Name |
| 10100 Santa Monica Blvd., 8th Floor<br>Address | _____<br>Address |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                                    Page 1                                                    **F 702**

| | |
|---|---|
| Los Angeles, CA 90067 | |
| City, state, zip code | City, state, zip code |
| 310-552-5030 | |
| Telephone | Telephone |
| | |
| Facsimile | Facsimile |
| michael.lubic@klgates.com | |
| Email address | Email address |

The attorneys for the parties are:

Attorney for  John P. Pringle, Chapter 7 Trustee  :  Attorney for Chun Soo Lee:

| | |
|---|---|
| Anthony A. Friedman | William E. Winfield |
| Name | Name |
| Levene, Neale, Bender, Yoo & Golubchik L.L.P. | NELSON COMIS KETTLE & KINNEY LLP |
| Firm name | Firm name |
| 2818 La Cienega Avenue | 5811 Olivas Park Dr., Suite 202 |
| Address | Address |
| Los Angeles, California  90034 | Ventura, California 93003 |
| City, state, zip code | City, state, zip code |
| 310-229-1234 | 805-604-4106 |
| Telephone | Telephone |
| 310-229-1244 | 805-604-4150 |
| Facsimile | Facsimile |
| AAF@LNBYG.COM | wwinfield@calattys.com |
| Email address | Email address |

**[Attach additional page(s) if necessary.]**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                           Page 2                                           F 702

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
    ☐ Objection to plan confirmation
    ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☒ Preference
5. ☒ Fraudulent transfer
6. ☐ Lien avoidance
7. ☐ Dischargeability
    Specify grounds: _____

8. ☒ Other. Please specify: *Disallowance of claim 11 USC 502(d)*

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☒ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000, state amount: $ _____
10. ☐ Money not at issue.

Instructions from the Court:

1. Re: filing and service of this Order:

    a. If Order is submitted to court by party(ies)

        (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

        (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                    Page 3                                    F 702

mediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

    b.   <u>If Order is prepared by the judge:</u>

        (1)  The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell): _____

        (2)  The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

_____

        (3)  The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2.    <u>Other: [Attach additional page(s) if necessary.]</u>_____

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

IT IS SO ORDERED:

###

Date: July 24, 2025

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017          Page 4          F 702